71111. KLOBE v. MONTGOMERY WARD & COMPANY, INC.
(342 SE2d 496)

BIRDSONG, Presiding Judge.

Betty Klobe makes direct appeal from the grant of summary judgment to Montgomery Ward & Co., Inc. on this suit on account, based upon her use of a credit card originally issued to her now-former husband. The amount sued for was $1,546.77 plus interest and court costs. Summary judgment against her was in the amount of $883.47 plus 1-½ % interest per month, the remainder being barred from recovery by the statute of limitations.

The judgment of the trial court ordered that plaintiff "recover of the defendant the sum of $883.47, plus interest at the rate of 1-½ % per month from August, 1981 to date [May 3, 1985]." That judgment as awarded amounts to less than $2,500. Accordingly, there is no direct appeal right in this case, but an appeal in this case is permitted by discretionary application only. OCGA § 5-6-35 (a) (6); *Brown v. Assoc. Fin. Svcs. Corp.*, 255 Ga. 457 (339 SE2d 590); *City of Brunswick v. Todd*, 255 Ga. 448 (339 SE2d 589).

This direct appeal is dismissed for failure of appellant to follow the discretionary appeal procedure dictated by the code and lack of jurisdiction. *Crawford v. Goza*, 168 Ga. App. 565 (310 SE2d 1).

*Appeal dismissed. Carley and Sognier, JJ., concur.*

DECIDED FEBRUARY 20, 1986 —
REHEARING DENIED MARCH 10, 1986 —

*Jerry D. Sanders*, for appellant.

*Michael P. Cielinski*, for appellee.